

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2014

No. 04-13-00876-CV

**IN THE MATTER OF R.D.,**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-JUV-01230
The Honorable Carmen Kelsey, Judge Presiding

# O R D E R

   Appellee's motion for extension of time to file brief is hereby GRANTED.  Appellee's brief is due on or before May 2, 2014.

_Marialyn Barnard_
Marialyn Barnard, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court